AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Burris, Helen E. | US Bankruptcy Court, DSC | 05/08/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge- Full time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Federal Courthouse
201 Magnolia Street
Spartanburg, SC 29306

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee Trust #1 | See Part VII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | The Law Office of Eric K. Englebardt, LLC (this entity owns 50% of Wilson & Englebardt, LLC)(attorneys) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar | 1/9/17 to 1/21/17 | Greenville, SC | CLE/Bar meeting | registration waived |
| 2. | South Carolina Bankruptcy Law Association | 4/7/17 to 4/9/17 | Asheville, NC | CLE/ speaker | lodging, food, registration waived |
| 3. | South Carolina Defense Trial Attorneys Association | 11/9/17 to 11/12/17 | Sea Island, Ga | CLE | lodging, food, registration waived |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | U.S. Department of Education/Navient | student loan (dependent child's obligation) | K |
| 3. | U..S. Department of Education/Nelnet | student loan (dependent child's obligation) | K |
| 4. | Bank of Amierca | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. South State Bank - Accounts | A | Interest | K | T | | | | | |
| 2. Tr. #1 South State Bank | A | Interest | | | Closed | 03/01/17 | J | | See VIII |
| 3. Voya Financial, Inc. Annuity (ING USA) | A | Int./Div. | | | Sold | 03/02/17 | M | | to line 4 |
| 4. Allianz 222 Annuity (H) | | | | | | | | | |
| 5. -AnPtPtw/cap- Bloomberg US Dynamic Balance Index II | D | Interest | M | T | Buy | 03/02/17 | M | | |
| 6. NW Mutual Whole Life Cash Value #1 | D | Dividend | L | T | | | | | |
| 7. 401K Fidelity Freedom 2030 Fund | E | Int./Div. | N | T | | | | | |
| 8. NetReit -now Presidio Property Trust, Inc. (name changed) | A | Int./Div. | K | T | | | | | See VIII |
| 9. IRA American Funds (H) | | | | | | | | | |
| 10. -American Funds-Income Fund of America A | A | Dividend | | | Distributed | 07/31/17 | J | | |
| 11. -American Funds-American Balanced Fund A | A | Dividend | | | Distributed | 07/31/17 | J | | |
| 12. Future Scholar529 College Savings Plan-FS Mod Conserv (no control) (H) | A | Int./Div. | J | T | Buy (add'l) | 04/17/17 | J | | |
| 13. -cont'd | | | | | Distributed (part) | 07/27/17 | J | | |
| 14. -cont'd | | | | | Distributed (part) | 12/12/17 | J | | |
| 15. Rental Property #1 Greenville SC | D | Rent | L | W | | | | | |
| 16. Future Scholar 529 College Savings Plan (2nd) -FS Mod Conserv (2) (H) | B | Int./Div. | J | T | Buy (add'l) | 04/17/17 | J | | |
| 17. -cont'd | | | | | Distributed (part) | 07/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -cont'd | | | | | Distributed (part) | 12/22/17 | J | | |
| 19.  TD Ameritrade Institutional (H) | | | | | | | | | |
| 20.  -Deutsche X-Trackers MSCI Europe Hedged Equity ETF | A | Int./Div. | | | Sold | 02/10/17 | K | A | |
| 21.  -IShares Intl Developed Real Estate ETF | A | Int./Div. | K | T | Buy | 02/10/17 | K | | |
| 22.  -Ishares Core S&P Mid-Cap ETF | A | Int./Div. | K | T | | | | | |
| 23.  -Ishares Core S&P Small-Cap ETF | A | Int./Div. | J | T | Buy (add'l) | 01/18/17 | J | | |
| 24.  -Ishares Floating Rate Bond ETF | A | Int./Div. | J | T | Buy (add'l) | 05/18/17 | J | | |
| 25.  -Powershares Var Rate PFD POR ETF | A | Int./Div. | J | T | Buy (add'l) | 09/26/17 | J | | |
| 26.  -Vanguard FTSE Developed Markets ETF | A | Int./Div. | K | T | Sold (part) | 03/13/17 | J | A | |
| 27.  -Vanguard Emerging Markets ETF (X) | A | Int./Div. | J | T | | | | | see VIII |
| 28.  -Vanguard Index Funds S&P 500 ETF | A | Int./Div. | K | T | Buy (add'l) | 09/26/17 | J | | |
| 29.  -SPDR Series Trust Short Term High Yield Bond ETF | A | Int./Div. | J | T | | | | | |
| 30.  -ALPS ETF Trust Alerian MLP | A | Int./Div. | J | T | Buy (add'l) | 03/13/17 | J | | |
| 31.  -cont'd | | | | | Sold | 05/17/17 | J | A | |
| 32.  -Global X Funds MLP Index ETF | A | Int./Div. | J | T | Buy | 05/17/17 | J | | |
| 33.  -cont'd | | | | | Buy (add'l) | 09/26/17 | J | | |
| 34.  -Powershares Senior Loan Portfolio | A | Int./Div. | | | Sold | 08/11/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ishares 1-3 year credit BND ETF | A | Int./Div. | J | T | Buy (add'l) | 05/18/17 | J | | |
| 36. -Fidelity Covington Trust MSCI Finance ETF | A | Int./Div. | J | T | | | | | |
| 37. -Ishares Core US Aggregate Bond ETF | A | Int./Div. | J | T | Buy (add'l) | 08/14/17 | J | | |
| 38. -cont'd | | | | | Buy (add'l) | 09/26/17 | J | | |
| 39. -Proshares Inflation Expectations ETF | A | Int./Div. | J | T | Buy (add'l) | 05/18/17 | J | | |
| 40. -cont'd | | | | | Sold | 09/25/17 | J | A | |
| 41. Community National Bank IRA | A | Interest | J | T | Distributed (part) | 02/06/17 | K | | converted in part to 42 |
| 42. Griffin Inst Success RE FdCLC | B | Int./Div. | K | T | Buy | 02/06/17 | K | | |
| 43. Buyout of partnership investment Turner Padget Graham&Laney | | None | K | T | | | | | |
| 44. 2nd home Boone, NC | B | Rent | M | R | Buy | 08/18/17 | M | | see VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burris, Helen E.** | 05/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Line 2- Trust #1 was a bank account containing nominal amounts that was closed within 2017 (est March). Entire trust has ended due to age of beneficiary.

VII. Line 8- NetReit on previous reports changed its name to Presidio Property Trust, Inc. in 2017.

VII Line 43- Buyout of partnership interest in law firm payable upon withdrawal in 2016, paid back in monthly installments over 36 months.

VII Lline 44   2nd home purchased. Minimal rent did not exceed expenses. Sellers Peter and Cynthia Gaw $220,000.

VII Line - 27 Vanguard Emerging Markets ETF was reported as sold in full on 9/19/16 but in fact it was a partial sale, with funds remaining in account.

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/08/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen E. Burris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544